```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 29886
    RICARDO AJA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-9744


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/11/04 and confirmed on 11/05/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  17173.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        SECURED VEHIC      5450.00        407.84        5450.00
CALVARY INVESTMENTS LLC    NOTICE ONLY      NOT FILED           .00            .00
CFC FINANCIAL CREDIT LLC   UNSECURED           527.49           .00         163.52
COLLECTION CO OF AMERICA   UNSECURED       NOT FILED           .00            .00
COLLECTION PROFESSIONALS   UNSECURED           305.00           .00          94.55
CONSECO FINANCE            NOTICE ONLY      NOT FILED           .00            .00
CREDIT SERVICE CO          UNSECURED        NOT FILED           .00            .00
CREDITORS DISCOUNT & AUD   UNSECURED        NOT FILED           .00            .00
*FNANB                     UNSECURED        NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         24805.46           .00        7689.69
MEDCLR INC                 UNSECURED        NOT FILED           .00            .00
PERFORMANCE CAPITAL MGMT   UNSECURED        NOT FILED           .00            .00
VERIZON                    UNSECURED        NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED            61.73           .00          19.14
CREDIT ONE                 UNSECURED           886.21           .00         274.73
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED        OTHER           TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5450.00          .00    26585.89          .00        32035.89
PRINCIPAL PAID      5450.00          .00     8241.63          .00        13691.63
INTEREST PAID        407.84          .00         .00          .00          407.84
TOTAL PAID          5857.84          .00     8241.63          .00        14099.47
The Debtor's attorney, SCHOTTLER & ZUKOSKY           , was allowed $   2475.00
and was paid $    206.00  direct and $   2269.00  through the plan.

The Trustee received $    716.56 .

Refunds to the Debtor totaled $       87.97 .

    Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                 PAGE  2
         CASE NO. 04 B 29886 RICARDO AJA